☞ **ORIGINAL** *JUDGE SAND*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :  NOTICE OF INTENT TO
                              FILE AN INFORMATION
        -v.-               :
                              08 Mag. 1201
EMMANUEL CRUZ-SANTOS,      :

        Defendant.         :

- - - - - - - - - - - - - - - - - - x

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        July 15, 2008

**08 CRIM 747**

MICHAEL J. GARCIA
United States Attorney

By: _____
    NICHOLAS LEWIN
    Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    DONALD D. DUBOULAY, ESQ.
    Attorney for Emmanuel Cruz-Santos

[ELECTRONICALLY FILED stamp]

7/17/08 WHEEL A