UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

       - v. -                         :      INFORMATION

EMMANUEL CRUZ-SANTOS,              :      08 Cr.

             Defendant.           :      08 CRIM 747

- - - - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

1. In or about May 2008, in the Southern District of New York and elsewhere, EMMANUEL CRUZ-SANTOS, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, CRUZ-SANTOS, and others known and unknown, agreed to commit an armed robbery of individuals in an apartment in the Bronx, New York, whom they believed to be in possession of kilogram quantities of cocaine.

(Title 18, United States Code, Section 1951(a).)

                                        _/s/ Michael Garcia_
                                        MICHAEL J. GARCIA
                                        United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 12 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EMMANUEL CRUZ-SANTOS,

Defendant.

## Information

08 Cr.

(18 U.S.C. § 1951(a).)

MICHAEL J. GARCIA
United States Attorney.

August 12, 2008 - Defendant signs Waiver of Indictment.

August 12, 2008  Filed Information.                Sand, J

                                      Sand, J

August 12, 2008  Defendant present with atty. Donald D. Duboulay
AUSAs: Nicholas Lewin & Peter Skinner present
Spanish Interpreter - Sonia Berah. - Defendant is
arraigned on the one count Information + pleads
guilty as charged. Pre Sentence Investigation ordered.
Sentence November 12, 2008 at 10am. Defendant Remanded

                                      Sand, J