JUDGE SAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :   WAIVER OF INDICTMENT

    v.                               :   08 Cr.

EMMANUEL CRUZ-SANTOS,             :

              Defendant.        **08 CRIM 747**

- - - - - - - - - - - - - - - - X

        EMMANUEL CRUZ-SANTOS, the defendant, who is accused of violating Title 18, United States Code, Section 1951(a), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                   _____
                                    Defendant

                                   _____
                                    Witness

                                   _____
                                   Counsel for Defendant

Date:     New York, New York
           August __, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
AUG 12 2008